

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> BAMBU VAULT LLC, <br> Debtor | Ch. 7 <br><br> 22-40324-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#30 Motion of Chapter 7 Trustee for order Approving Public Auction Sale of personal property of the estate, free and clear (re: scientific equipment, machinery and supplies)
#38 Supplemental Statement filed by Chapter 7 Trustee
#53 Objection filed by AP Boot Mills, LLC

**Decision set forth more fully as follows:**
Hearing held 07/29/22

On or before 08/05/22 the Debtor's counsel is directed to submit to edk@mab.uscourts.gov a proposed order, in Word format, consistent with the remarks made during the hearing held this date.

Dated: 8/1/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge