# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**BAMBU VAULT LLC**<br><br>Debtor | **Chapter 7**<br>**Case No.: 22-40324-EDK** |

## ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY BY PUBLIC SALE

Upon the Motion of Janice G. Marsh, Trustee in the above-captioned case, to sell certain personal property of the Debtor by virtue of public auction to be conducted online pursuant to 11 U.S.C. § 363(b) and (f), Bankruptcy Rule 6004(c) and MLBR 6004-1(e)(2), for cause shown, it is hereby, ORDERED as follows:

1. That Janice G. Marsh, Chapter 7 Trustee, is hereby authorized to sell the Debtor's personal property as identified in the Exhibit 1 attached hereto by public auction as outlined in the Trustee's Motion; and

2. The Trustee will provide AP Boott Mills, LLC, the owner and landlord ("Boott") of the premises located at 116 John Street, Lowell, MA where the majority of the personal property items identified in Exhibit 1 are located, with a Certificate of Insurance from both the auctioneer employed by the Trustee, Paul E. Saperstein Co. and Veolia Environmental Services, the company contracted to both remove the hazardous materials and perform a clean-up of the premises; and

3. The Trustee is authorized to conduct the public auction upon the completion of the removal of the hazardous waste and materials; and

4. That the Trustee be authorized to execute such documents as are reasonably necessary to complete the sale; and

5. That the Trustee and Boott are authorized to resolve the dispute as to the ownership of Lot 154 as part of the auction and any sale of said lot will be contingent and may only be finalized

    if the Trustee and Boott agree; otherwise, the issue of ownership will be determined by this Court; and

6. The Trustee is authorized after the public auction has been completed and items purchased have been removed to take steps to clean up the premises by removing all remaining personal property owned by the Debtor at the premises; and

7. The Trustee is authorized to accept from De Lage Landen a pro–rata share for the administrative fees and expenses incurred in the sale of personal property based on the sale price of items subject to De Lage Landen's UCC-1; and

8. That any encumbrances shall attach to the proceeds of the sale, to the extent that they are valid and perfected, in the same priority as they are entitled to under applicable law.

_____ 8/1/2022
HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**BAMBU VAULT LLC**<br><br>Debtor | **Chapter 7**<br>**Case No.:  22-40324-EDK** |

## ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY BY PUBLIC SALE

Upon the Motion of Janice G. Marsh, Trustee in the above-captioned case, to sell certain personal property of the Debtor by virtue of public auction to be conducted online pursuant to 11 U.S.C. § 363(b) and (f), Bankruptcy Rule 6004(c) and MLBR 6004-1(e)(2), for cause shown, it is hereby, ORDERED as follows:

1. That Janice G. Marsh, Chapter 7 Trustee, is hereby authorized to sell the Debtor's personal property as identified in the Exhibit 1 attached hereto by public auction as outlined in the Trustee's Motion; and

2. The Trustee will provide AP Boott Mills, LLC, the owner and landlord ("Boott") of the premises located at 116 John Street, Lowell, MA where the majority of the personal property items identified in Exhibit 1 are located, with a Certificate of Insurance from both the auctioneer employed by the Trustee, Paul E. Saperstein Co. and Veolia Environmental Services, the company contracted to both remove the hazardous materials and perform a clean-up of the premises; and

3. The Trustee is authorized to conduct the public auction upon the completion of the removal of  the hazardous waste and materials; and

4. That the Trustee be authorized to execute such documents as are reasonably necessary to complete the sale; and

5. That the Trustee and Boott are authorized to resolve the dispute as to the ownership of Lot 154 as part of the auction and any sale of said lot will be contingent and may only be finalized

    if the Trustee and Boott agree; otherwise, the issue of ownership will be determined by this Court; and

6. The Trustee is authorized after the public auction has been completed and items purchased have been removed to take steps to clean up the premises by removing all remaining personal property owned by the Debtor at the premises; and

7. The Trustee is authorized to accept from De Lage Landen a pro–rata share for the administrative fees and expenses incurred in the sale of personal property based on the sale price of items subject to De Lage Landen's UCC-1; and

8. That any encumbrances shall attach to the proceeds of the sale, to the extent that they are valid and perfected, in the same priority as they are entitled to under applicable law.

 

_____
HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge

| LOT # | LotTitle |
|---|---|
| 1 | Buchi Rota Vapor Heating Bath System c/o: #B300 Heating Base, #R300 RotaVapor, #F105 Recirculating Chiller & #V300 Vacuum Pump w/Accessories |
| 2 | Agilent Infinity II #1290 HPLC System w/Agilent 1290 Prep Bin Pump #G7161B, DAD WR #G7115A, Agilent 1260 Column Organizer #G9328A & Agilent 1290 Prep ALS/FC #G7851B, Agilent #PC093LL500X50WJ 50mL Water Jacket, Toolbox, Gaskets, Marble Surface Plate Table, Computer, Monitor (DAD WR S/N: DEAC60690S7, Bin Pump S/N: DEBBU00412, Prep ALSFC S/N: DEBBN0040S) |
| 3 | Dayton Speedaire 120 Gallon Horizontal Air Compressor, 15HP, 3 Phase, 200V, 49CFM @ 175psi (TO BE REMOVED PROPERLY BY LICENSED PROFESSIONAL OR ADDITIONAL INSURANCE POLICY SUPPLIED) |
| 4 | 12' x 4', 3 Pedestal, 2 Section, Laminate Top Conference Table |
| 5 | (13) Winport Furniture Upholstered Seat & Back Chrome Frame Swivel Arm Chairs |
| 6 | (2) Laminate Base Cabinets - 1 is 71", 3 Door & 1 is 47" 2 Door |
| 7 | LG 70" Flatscreen TV #70UK6570AUB w/Remote (NO WALL MOUNT OR BRACKET) |
| 8 | {LOT} 3 Cabinets w/Contents c/o: Office Supplies, Etc. |
| 9 | {LOT} Balance in Room c/o: Tables, Supplies, Printers, Etc. (NO BUILDING PARTS) |
| 10 | (2) Elation #UVWash UV Lights |
| 11 | HP Color Laser Jet Pro #M476NW w/Table |
| 12 | 46.5" 2 Door Base Cabinet w/Key |
| 13 | (2) Ceptre 24" Flat Panel Monitors w/Arm |
| 14 | {LOT} Furniture In Cube c/o: Desk, File, Cabinet, Etc. |
| 15 | L-Shaped Laminate Reception Desk w/Frosted Panel w/Matching Credenza & Swivel Arm Chair |
| 16 | Convertible Hand Truck |
| 17 | (2) Plastic Molded Bucket Chairs w/Hairpin Legs |
| 18 | {LOT} In 2 Cubes c/o: (2) Matching L Desks, (2) Swivel Arm Chairs, 2 Asst. Files, Etc. |
| 19 | (2) Dell 24" Flat Panel Monitors w/Arm |
| 20 | AIS Electronic Height Adjustable Desk 60" x 30" (NO MONITORS OR ARM) |
| 21 | {LOT} Balance in Office c/o: File, Bookcase, Chair, Etc. |
| 22 | {LOT} In Office c/o: L-Desk, Lateral File & Upholstered Leather Swivel Arm Chair |
| 23 | Lightnin #NAG33 Mixer on 80psi, 21 Gallon Pneumatic Vacuum Vessel & Portable Steel Frame |
| 24 | Nortel Meridian Phone System w/(2) APC Backup Units & (20+) Nortel Handsets |
| 25 | (3) 3 Section Lateral File Cabinets |
| 26 | Epson #WF3540 All In One |
| 27 | Staples Shredder |
| 28 | Cannon Image Runner #2230 |
| 29 | HP Laser Jet 500 Color #M551 w/Toners |
| 30 | HP Server Rack w/Netgear L3 12 Port Switch & UPS |
| 31 | West Coast Engineering 80psi, Stainless Steel Pressure Vessel on Portable Stand |
| 32 | Portable Skyline Trade Show Booth w/Carpeted Flooring Grass Tike |
| 33 | {LOT} Balance in Office co: 2 L Shaped Laminate Desks, Uph. Swivel Arm Chair, & 2 Drawer File Cabinet |
| 34 | (2) 2 Section Lateral Files w/Laminate Stop |
| 35 | (2) 2 Section Lateral Files w/Laminate Stop |
| 36 | LG 55" Flatscreen TV w/Remote (NO WALL MOUNT OR BRACKET) |

| | |
|---|---|
| 37 | Military Vehicle Door |
| 38 | Trade Show Expanding Sign |
| 39 | 30 Watt Foldable Solar Panel |
| 40 | Dremel "The Regent" Shoe Shine Machine |
| 41 | (5) NEW Cases of Uline #S12686 Insulated Shipping Kits |
| 42 | (4) NEW Cases of Uline #S7360 Insulated Shipping Kits |
| 43 | (2) Asst. Light Inspection Boxes |
| 44 | Fiberglass 4' Stairway w/Hand Rail |
| 45 | (6) Asst. Base Cabinets & Shelving Units |
| 46 | 4) Asst. Light Fixtures & Light Boxes |
| 47 | Dahle #40334 High Security Shredder |
| 48 | High Security 4 Drawer Security File (OPEN BUT NO COMBO) |
| 49 | (4) Section Lateral File w/Key |
| 50 | HP & Brother Printer |
| 51 | {LOT} Asst. Handtools w/Toolbox |
| 52 | Vizio 32" Flatscreen TV w/Remote |
| 53 | {LOT} Balance in Office c/o: Desk, Chair, File & Bookcase |
| 54 | {LOT} 3' x 6' Ergonomic Electric Height Adjustable Wood Top Desk (49" Max Height) w/Matching Credenza & Base Unit |
| 55 | Hitachi 55" Flat Screen TV w/Remote (NO WALL MOUNT OR BRACKET) |
| 56 | (2) Belnick Lime Upholstered Adjustable Height Swivel Stools |
| 57 | Aeron XL (3 Dot) Swivel Arm Chair (SEAT FRAME IS BROKE) |
| 58 | Insignia 40" Flat Screen TV w/Remote |
| 59 | {LOT} Balance in Office c/o: Double Pedestal Wood Desk, Wood Credenza & Swivel Arm Chair |
| 60 | {LOT} Asst. Office Supplies w/Table |
| 61 | Hitachi 55" Flat Screen TV w/Remote (NO WALL MOUNT OR BRACKET) |
| 62 | {LOT} Bookcase & Cabinet |
| 63 | (2) NEW 15" x 15" x 40" Laminate RTA Pedestals |
| 64 | 6' Laminate Top Table |
| 65 | 4 Section Lateral File No Key |
| 66 | (2) 2 Section Lateral Files w/Laminate Top & Keys |
| 67 | (2) 3  Section Lateral Files w/Laminate Top NO KEYS |
| 68 | Brother Wifi #QL720NW Label Printer |
| 69 | (2) 2 Section Lateral Files w/Laminate Top & Keys |
| 70 | (2) 2 Section Lateral Files w/Laminate Top & Keys |
| 71 | Eiki #LCXNB2 Notebook Projector |
| 72 | UNIFI6 Signal Booster |
| 73 | (3) Asst. - (2) HP Printers & Brother All in One |
| 74 | (2) Laminate L Shaped Work Stations w/Frosted Panel Dividers, (3) Asst. Monitors, (2) Swivel Arm Chairs, & HP Laser Jet Pro 300 Color Printer |
| 75 | (2) Portable 3 Drawer Upholstered Top Mini Files w/Keys |
| 76 | (3) Portable 2 Drawer Upholstered File Cabinets |
| 77 | 41 1/4" Laminate Top Dining Table w/(4) Plastic Stack Chairs |
| 78 | {LOT} (3) Upholstered Work Stations w/(3) Uph. Swivel Arm Chairs |
| 79 | (3) Septre 24" Flat Panel Monitors |
| 80 | (3) Septre 24" Flat Panel Monitors |

| | |
|---|---|
| 81 | (2) Septre 24" Flat Panel Monitors |
| 82 | (2) Asst. 22" & 23" Flat Panel Monitors |
| 83 | 6 Bay Laminate & Metal Workstation Setup |
| 84 | (6) Matching Upholstered Seat Metal Frame Swivel Arm Chairs |
| 85 | {LOT} In Kitchen c/o: Cabinet, Refrigerator, Microwave, Toaster Oven, (2) Trash Bins & Vacuum |
| 86 | {LOT} In Alcove c/o: Settees, Bookcase & LG Flat Panel TV (NO Remote) |
| 87 | Laminate Podium |
| 88 | Vizio 70" Flat Screen TV w/Remote (NO WALL MOUNT OR BRACKET) |
| 89 | Epson #EX7235 Projector w/Ceiling Mount & Remote (REMOVAL TO BE DONE BY CUSTOMER) |
| 90 | Approx. 7' Celling Mounted Pull Down Screen (TO BE REMOVED BY CUSTOMER - BRING PROPER TOOLS & LADDER |
| 91 | 25 Gallon, 150Psi Portable Stainless Steel Pressure Vessel |
| 92 | AV Cart |
| 93 | Nortel Polycom Sound Station II w/Logitech Conference Cam & Accessories |
| 94 | Mastech #HY3003D3 DC Power Supply |
| 95 | {LOT} AMP Power Supply & (2)Therma Data Testing Units |
| 96 | AM Amprobe #TMD56 Multi Logger Thermometer & Perfect Time Thermometer |
| 97 | (2) Digital Caliper & Dial Caliper |
| 98 | (3) Pieces c/o: Manix UV Light Meter & (2) Extech Light Meters |
| 99 | (3) Asst. Fluke Multimeter, Moore & Wright Gauge & Digital Thermometer |
| 100 | 17' x 4' 3 Section Multi Pedestal Conference Table |
| 101 | (12) Matching Upholstered Seat & Mesh Back Swivel Arm Chairs |
| 102 | Sanyo Under Counter Refrigerator |
| 103 | {LOT} White Based Cabinets In Conference Room |
| 104 | Acme Equipment 8 Gallon, 60psi, Portable Stainless Steel Pressure Vessel |
| 105 | (2) Chauvet DJ LED Shadow Lights |
| 106 | Laminate Credenza 48" x 15" x 29"H |
| 107 | (START OF LAB) 2 Door Flammables Storage Cabinet |
| 108 | Labrepco #LHP2FA Counter Top Freezer |
| 109 | Laminate Top Metal Base Storage Cabinet |
| 110 | BK #1627A DC Regulated Power Supply |
| 111 | MTI 4 Tanks Mixer |
| 112 | Heidolph #Promax1020 Shaker w/Incubator 1000 Attachment |
| 113 | IEC #HNSII Counter Top Centrifuge |
| 114 | ilShin #FD0508 Biobase Portable Freeze Dryer S/n: UF4049, Single Phase, |
| 115 | Busch Zebra 2 Stage Roatary Vane Vacuum Pump, Model RH0015B00CY3XX 120/240V, |
| 116 | Welch Gardner Denver #1402B-01 Vacuum Pump w/ 1/3HP Single Phase Motor |
| 117 | VWR Counter Top Vacuum Oven |
| 118 | Fisher #280 Counter Top Vacuum Oven |
| 119 | {LOT} Dewar Flask & Accessories |
| 120 | Agilent Load & Lock Multi Packer Station Product #: PCG93LLSTAND123, Max Pressure: 133 BAR, Temp: -10 to 60 Celsius, Compression: 3 to 1 |
| 121 | Agilent Load & Lock Water Jacket, Material #: PCG93LL500X25WJ |
| 122 | ETS #506A Counter Top Glove Box |
| 123 | Desktop Dryer Cabinet |

| | |
|---|---|
| 124 | (Lot) Lab Glassware. Accessories, Contents of Drawers Etc. (Inspection Urged) |
| 125 | (5) Asst. Digital Thermometer, Stir Plates, and Timer |
| 126 | (2) Asst. Tables |
| 127 | NIB Busch Zebra 2-Stage Rotary Vein Compressor #RH0015B |
| 128 | Branson Sonic Bath Counter Top Unit |
| 129 | (Lot) Asst. Lab Glassware |
| 130 | VWR Counter Top Plate Shaker |
| 131 | VWR Counter Top Heat Block |
| 132 | Essco Digital Scale |
| 133 | (5) Peptide Vessels |
| 134 | (Lot) Asst. Lab Supplies |
| 135 | 2 Door Flammable Storage Cabinet |
| 136 | (Lot) Asst. Lab Glassware |
| 137 | (2) Vortex Mixers |
| 138 | View Box |
| 139 | VWR Heated Sonic Bath Counter Top Unit |
| 140 | Ohaus Digital Scale |
| 141 | Imperial V Counter Top Laboratory Oven |
| 142 | Heidolph Basis Vacuum Heat Bath w/ Vacuum Pump |
| 143 | Alcatel 1/2 HP Vacuum Pump |
| 144 | ATM Arrow Sieve Shaker |
| 145 | Rocklabs Variable Speed Sample Prep Chamber |
| 146 | TO BE FILLED IN |
| 147 | Welch #1399 1/3HP, Single Phase Vacuum Pump w/Dewar |
| 148 | National #5831 Counter Top Oven |
| 149 | Cardinal Counter Top Incubator |
| 150 | Sanpla Counter Top Dry Keeper |
| 151 | Glass Vacuum Vessel |
| 152 | Gast Vacuum Pump |
| 153 | {LOT} Asst. Lab Glassware in Drawers (15 Drawers Very Full - Inspection Highly Urged) |
| 154 | (3) Lista 5 Drawer Cabinets 47"W x 29"D x 35"H (BUYER WILL BE CONTACTED WHEN THEY CAN REMOVE) |
| 155 | {LOT} Lab Consumables |
| 156 | {LOT} Asst. Lab Consumables (SEE PICTURES) |
| 157 | Thermo Safe Storage Transport Chest |
| 158 | 2 Door Flammables Storage Cabinet |
| 159 | (2) 2 Door Storage Cabinets |
| 160 | Ledco 26" Counter Top Graphic Laminating Unit |
| 161 | Franklin Electro 1/2HP, Single Phase, Vacuum Pump |
| 162 | GE 1/4 HP, Single Phase Vacuum Pump |
| 163 | Blue M Counter Top Electric Oven |
| 164 | (2) IPSX DC Power Supply & Quakko DC Power Supply |
| 165 | {LOT} Fiber Lite w/Accessories |
| 166 | 6' Lab Bench w/Overshelf & Light |
| 167 | Hitachi #U3010 Spectrophotometer, Part #: 130-0202 (See Pics) w/PC & Manual |
| 168 | Hitachi #F7000 Fluorescence Spectrophotometer w/Manual |
| 169 | 6' Workbench |

| | |
|---|---|
| 170 | 6' Workbench |
| 171 | Agilent 1100 Series HPLC System c/o: Agilent Degasser #G1322A, Bin Pump #G1312A, DAD #G1315A, (Serial #'s: Degasser - JP73010610, Bin Pump: DE83102832, Dad: DE61801299 w/PC |
| 172 | (3) Asst. Work & Lab Benches |
| 173 | Dewalt Emglo Air Compressor Type: MK246 |
| 174 | Nilfisk #GM80 Laboratory Vacuum |
| 175 | Emissometer #AE1 Scaling Digital Voltmeter & Reflectometer |
| 176 | Shimadzu #UV3600 UV-VIS-NIR Spectrophotometer w/Accessories, PC, Manual, Serial #: A112950 |
| 177 | {LOT} Feeltech Dual Channel Function Signal Generator, Electrothermal Digital Melting Point Apparatus, Polaroid Accessory & Hantech DS0-2090 USB |
| 178 | Welch 1405 Duo Seal Vacuum Pump, 1/2 HP, Single Phase |
| 179 | Horiba Partica #LA-950V2 Laser Scattering Paricle Size Distribution Analyzer HGS#: 31PM4DTS w/Feeder |
| 180 | Table & Surface Plate (Top 35" x 24") (BELIEVED TO BE ALL MARBLE) |
| 181 | Standridge 24" x 18" Granite Surface Plate |
| 182 | Thermo Revco -69C Laboratory Freezer #ULT2586-9-D39, Single Phase, 208/230V |
| 183 | {LOT} Cable, Electrical Boxes, Etc. in Boxes |
| 184 | PHCBI #MPR1411 2 Glass Door Illuminated Pharmaceutical Refrigerator, Portable, 1364 Liter Capacity w/Digital Readout (HARD WIRED) |
| 185 | PHCBI #MPR1411 2 Glass Door Illuminated Pharmaceutical Refrigerator, Portable, 1364 Liter Capacity (HARD WIRED) |
| 186 | MTI Counter Top Furnace |
| 187 | Thermo Blue M Counter Top Electric Oven |
| 188 | Thermo Scientific #ID1 Spectrometer Transmitter w/Nicolette IS5 |
| 189 | Light Sheer Lumenis Quattro Laser Hair Removal Unit w/(2) Chilltips (As Is) |
| 190 | (3) Asst. Printers -- (2) Are Epson Printers |
| 191 | 2019 Thermo Scientific Sorvall Lynx 6000 Refrigerated Centrifuge w/Thermo Fiberlite #F14-14x50cy Rotor Insert, Machine S/N: 42570842 |
| 192 | Thermo Scientific Fiberlite F9-6X1000LEX Centrifuge Rotor Insert |
| 193 | Fisher Scientific Incubator Oven |
| 194 | Buchi #RE121 RotaVapor |
| 195 | Household Refrigerator |
| 196 | Ridgid Shop Vac |
| 197 | {LOT} Glassware in 2 Areas of Back Room (NO CHEMICALS, NO EQUIPMENT, SEE PICS) |
| 198 | {LOT} Equipment on Shelves c/o: Stirplates, Baths, Glove Box, Heat Blocks, Etc. (NO CHEMICALS) (SEE PICS) |
| 199 | {LOT} Chairs, Stools & Cylinder Cart |
| 200 | 2 Door Storage Cabinet |
| 201 | (2) VWR 2-Door Flammables Storage Cabinet |
| 202 | (IN FINANCE OFFICE) QLAB Q-SUN XEON #XE-1-S Test Chamber w/Accessories & Manuals |
| 203 | {LOT} Lab Consumables in Room c/o: Norm-Ject, Henke-Ject, Kimtech, Kimball, Thermo, Etc. - Gloves, Plastic Parts, Etc. ALL NEW IN BOX |
| 204 | {LOT} Pipettes, Etc. NEW IN BOX |
| 205 | LED Street Light |
| 206 | Xeon Arc Lamp Power Supply |

| | | |
|---|---|---|
| | 207 | {LOT} (2) Asst. Microscopes & Microscope Accessories |
| | 208 | {LOT} Balance in Office c/o: Desk, Chair, File, Etc. |
| | 209 | (NEW IN BOX) HP Laser Jet #M507 |
| | 210 | {LOT} Balance in Room c/o: (2) Rolling Erecta Shelving, (6) Asst. Computers, (10) Asst. Monitors, Shipping Crates, Trade Show Walls, Office Table & Chairs (MUST TAKE ALL) |
| | 211 | {LOT} Asst. Soldering Guns & Accessories in Tote |
| | 212 | (2) Craftsman BenchTop Drill Presses |
| | 213 | Benchtop Paint Stirrer |
| | 214 | {LOT} IN office electrical light panels, electrical boxes, etc. (MUST TAKE ALL) (INSPECTION HIGHLY ENCOURAGED) |
| | | |
| | 250 | So-Low Portable Ultra Low Freezer -85c, #C85-2, SN:1920639, 25"w X 22"d X 40"h |
| | 251 | Olympus Microscope Model #CH30 w/ (4) Optics C/O: EA10 0.25, EA40 0.65, EA100 1.25 Oil, 4X/0.10 |
| | 252 | Tecan Infinite 200 Pro F Nano Plus SN:2106012013 |
| | 253 | Zeta Microscope |
| | 254 | (Lot) Misc. Lab Supplies (Inspection Encouraged) |
| | 255 | Tecan Infinite 200 Pro F Nano Plus SN:2101005909 |
| | 256 | Konica Spectro Radiometer #CS2000 |
| | 257 | Normark NorLite 400 (No Blub) |
| | 258 | (3) Asst. Tables in One Office |
| | 259 | (Lot) Craftsman 26" 5 Drawer Top Tool Box W/ Contents |
| | 260 | (3) Fisher Heated Stir Plates |
| | 261 | GE Under Counter Refrigerator |
| | 262 | Mettler Digital Scale #AL104, 110 gram Capacity |
| | 263 | Genie 2 Vortexer |
| | 264 | Apera PH Meter #PH700 |
| | 265 | Midland Mini Centrifuge #MLX106 |
| | 266 | (Lot) Asst. Consumable Lab Supplies (Inspection Encouraged) |
| | 267 | (Lot) 5' Work Bench and Stool |
| | 268 | Aapptec Sharp Freeze 350 Freeze Dry Lyophilizer System SN: SJFDA1W3 |
| | 269 | Busch Zebra Vacuum Pump w/ New Oil Mist Separator |
| | 270 | Peak Genius XE Nitrogen Gas Generator |
| | 271 | Agilent Infinity #1290 HPLC Tower, w/ #G4212A DAD SN: DE00800723, #G1316C TCC SN: DEBBL12766, #G4226A Sampler SN: DEBAP06224, #G4220A Bin Pump sn: DEBAA02262 |
| | 272 | Agilent #6230 LC/TOF Liquid Chromatograph Time of Flight Mask Spectrometer w/ Agilent Vacuum Pump (Still Connected must be disconnected in a professional workmanship Like Manner. Bring Ladder) |
| | 273 | NXT Integrity Battery Back Up Power Supply #NPTU5200 |
| | 274 | Precision Counter Top Electric Oven |
| | 275 | Blue M Lindberg Stable-Therm Counter top Electric Oven |
| | 276 | Blue M Lindberg Stable-Therm Counter top Electric Oven |
| | 277 | (Lot) Sonic Materials Vibra Cell w/ Sonifier |
| | 278 | Napco #630 2-Door Electric Counter Top Oven |
| | 279 | Equatherm Electric Counter Top Lab Oven |
| | 280 | Fischer Class A Electric Counter Top Oven #942X |

| # | Description |
|---|---|
| 281 | (Lot) All Asst. Consumable, Lab Supplies in Drawers, Cabinets, Glassware, Paper, Thermometers, Flasks, Funnels, Etc. in One Lab (No Side Labs) (Inspection Encouraged) |
| 282 | Genie 2 Vortexer |
| 283 | (2) Minera Light #UVS54 UV-Lamp |
| 284 | Biotage Selekt #SEL-2EW Flash Chromatography w/ Large Qty. Accessories and Supplies |
| 285 | Mettler New Classic Digital Scale |
| 286 | Mettler #AB304-S Digital Scale |
| 287 | Branson #5510 Heated Sonic Bath |
| 288 | Fischer Isotemp #3016D Heated Sonic Bath |
| 289 | Teledyne Combi Flash RF SN: 210M20094 w/ Large Qty. of Supplies |
| 290 | Precision Counter Top Electric Convection Oven #18EM |
| 291 | Buchi Rotavapor #R300 w/ Heat Bath B300, F105 Chiller, and V300 Vacuum Pump |
| 292 | Scilogex (4) Station Stir Plate |
| 293 | Branson #450 Digital Sonifier |
| 294 | Mettler #PB1502-S Digital Scale |
| 295 | (Lot) Dryer and Carrier |
| 296 | (10) Asst. Laboratory Lift Plates |
| 297 | 2-Door 45 Gallon Flammable Storage Cabinet |
| 298 | 2-Door 45 Gallon Flammable Storage Cabinet |
| 299 | Thermo Type 1900 Hot Plate |
| 300 | (8) Asst. Gauges |
| 301 | Ohaus Digital Platform Scale |
| 302 | Ika #T25 and Lightnin Mixer w/ Accessories |
| 303 | (Lot) Mayer Rods asst. Size (Inspection Encouraged) |
| 304 | Pair of Steel Toes |
| 305 | (Lot) 2 Sections of Shelving, Seating, and Table in One Room |
| 306 | Fire Blanket |
| 307 | (2) New Wilkerson Filter Regulator #B18-03-FLO |
| 308 | Justrite #8552 Brass Spigot |
| 309 | Aluminum Rolling Pin |
| 310 | (2) Asst. Stir Plates |
| 311 | (Lot) Darts In Case |
| 312 | (4) asst. Hot Plates |
| 313 | Ika Hot Plate w/ Gauge |
| 314 | AMIEA Linelle Supreme Micro Pigmentation Device w/ Manual |
| 315 | (Lot) Asst. Tattoo Equipment |
| 316 | Benchmark #MC12 Micro Centrifuge |
| 317 | Thermo #A211 Orion Star PH Meter |
| 318 | (LOT) (3) Smart Stand SCS-B w/ (12) Rainin Pipettes |
| 319 | (3) Pipette Stands with 16 Pipettes |
| 320 | Malvern Kinexus Pro Plus Rotational Rheometer w/ Manuals, Accessories and CPU |
| 321 | (Lot) Respirators |
| 322 | (Lot) Bosch and Lomb/ Sorvall #MT2-B Ultra Microtome |
| 323 | LKB Bromma #7800 Knifemaker |
| 324 | Nesslab Thermoflex 900 Chiller |
| 325 | Macbeth Spectralight Light Box w/ Bulbs |
| 326 | Silverson #L5MA High Sheer Laboratory Mixer w/ Manual |

| | |
|---|---|
| 327 | (Lot) Flex Optometer w/ (4) Light Boxes |
| 328 | (Lot) Heat Sealer and Laminator) |
| 329 | Buehler Mini Polisher |
| 330 | B and W Tek Spectroscopy #BWF5980-10-CUS |
| 331 | Slik Mini Spectrometer w/ Lux Tec Xenon 9000 Controller |
| 332 | Portable Erecta Shelf (NO CONTENTS) |
| 333 | Omega #OS533E Infrared Thermometer |
| 334 | Label Mate #CAT-16 Wide Label Rewinder |
| 335 | Robo 3D Printer (As-IS) |
| 336 | (2) Asst. Drum Dolly |
| 337 | Qidi 3d Printer #X Plus |
| 338 | Qidi 3d Printer #X Plus |
| 339 | (Lot) Asst. 3d Printing Supplies |
| 340 | (Lot) Balance of 2nd Floor Office C/O: Desks Chairs, Phones, Files, Partitions, Supplies Etc. |
| 341 | Shop Vac |
| 342 | (Lot) Asst. Equipment C/O: ULINE, Scales, Hot Plates, Drum Dolly, Bander, Vacuum Etc. (No Chemical or Packing Supplies) |
| 343 | (Lot) Balance C/O: Chemicals |
| 344 | Husky 8 Gallon 1/2Hp Air Compressor (START OF 4TH FLOOR) |
| 345 | Thermo #RTE740 Bath |
| 346 | Excel #EX140 Bath |
| 347 | VWR #611 Chiller |
| 348 | Fusion UV Conyers Oven (As-Is) |
| 349 | Stoneware Roller Apparatus w/ Spare Rollers |
| 350 | Baxter #DN43 Oven |
| 351 | (2) Asst. Ovens |
| 499 | THE REST OF THESE LOTS ARE IN HOLBROOK, MA) |
| 500 | (3) Eppendorf Tips #022492055 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 501 | Eppendorf PCR Clean #EPP951040102 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 502 | Eppendorf Tips #022492039 (Open Box, Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 503 | (13) Axygen Tip Racks #T-205-WB-C-R-S (New In Box, Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 504 | (2) Celltreat Tissue Culture Flasks #229340 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 505 | Celltreat 15ml Centrifuge Tubes #229411 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 506 | (11) Celltreat Pipettes Tips #229015 (TO BE PICKED UP IN HOLBROOK, MA) |
| 507 | (3) Celltreat 10ml Pipettes #229010B (TO BE PICKED UP IN HOLBROOK, MA) |
| 508 | Qiagen Viral RNA Mini Kits (Open Box, Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 509 | (7) Nest Swabs #202004 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 510 | Nest Pipette Tips #607141 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 511 | (2) Nest 2ml Cryogenic Vile #607141 (TO BE PICKED UP IN HOLBROOK, MA) |
| 512 | (40) Max Care Knee Length Large Blue Lab Coats (New) (TO BE PICKED UP IN HOLBROOK, MA) |

| | | |
|---|---|---|
| | 513 | Thermo Flasks #159910 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 514 | (2) Stands (TO BE PICKED UP IN HOLBROOK, MA) |
| | 515 | UVP Corded UV Light #UVGL55 (TO BE PICKED UP IN HOLBROOK, MA) |
| | 516 | (3) asst. Well Plates (TO BE PICKED UP IN HOLBROOK, MA) |
| | 517 | Life Science Brand Tech Well Brand Plates (95 Units in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 518 | Thermo Clip Tips #1250 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 519 | Millipore Amicon Centrifuge Filters #UFC503024 (TO BE PICKED UP IN HOLBROOK, MA) |
| | 520 | (12) Can Of Lenk Butane (TO BE PICKED UP IN HOLBROOK, MA) |
| | 521 | (Lot) 12oz and 4oz Squeeze Dispensers (TO BE PICKED UP IN HOLBROOK, MA) |
| | 522 | (Lot) Multi Color Tube and Pipette Racks (TO BE PICKED UP IN HOLBROOK, MA) |
| | 523 | Thermo Easy Flasks # 156499 (TO BE PICKED UP IN HOLBROOK, MA) |
| | 524 | (Lot) Balance on Skid C/O: Tubes, Holders, Etc. (TO BE PICKED UP IN HOLBROOK, MA) |
| | 525 | 1 Case Micro flex Medium Nitrile Gloves and (3) Box of Small (TO BE PICKED UP IN HOLBROOK, MA) |
| | 526 | (2) Rainin Pipette Tips in Racks #30389212 (New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 527 | (3) Corning Assay Plates #3764 (New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 528 | (2) Corning Well Plates #1536 (New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 529 | Falcon Corning Culture Plates #353219(New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 530 | MidOpt Blue Brand Pass Optic #BP470-S25 (TO BE PICKED UP IN HOLBROOK, MA) |
| | 531 | Quartzy Pipettes #667210B (TO BE PICKED UP IN HOLBROOK, MA) |
| | 532 | Fisher and Polar Freeze Boxes (TO BE PICKED UP IN HOLBROOK, MA) |
| | 533 | (Lot) Asst. Lab Liquids C/O: Biology Grade Water and Buffer Solution (TO BE PICKED UP IN HOLBROOK, MA) |
| | 534 | (Lot) Sealed Packs of V Scoops (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 535 | (Lot) Celltreat Cell Lifters #229306 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 536 | Celltreat Pipettes #229030B (Open Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 537 | (Lot) On Skid C/O:Lab Supplies (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 538 | (Lot) Asst. Kim Wipes (TO BE PICKED UP IN HOLBROOK, MA) |
| | 539 | (Lot) Asst. Lab Glassware (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 540 | (Lot) Special Use Well Plates (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 541 | Dewar Holder (TO BE PICKED UP IN HOLBROOK, MA) |
| | 542 | (Lot) Zymo RNA Cleaner and Concentrator (TO BE PICKED UP IN HOLBROOK, MA) |
| | 543 | My Temp Mini Counter Top Incubator (TO BE PICKED UP IN HOLBROOK, MA) |
| | 544 | Ex Tech Super Heat Psychrometer #RH350 (New IN Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 545 | 3M Cool Flow Pro Respirator (New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 546 | Thermo Owl Easy Cast (TO BE PICKED UP IN HOLBROOK, MA) |
| | 547 | CryoKing Viles #88-623 (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 548 | Brand Well Plates # 781611 (Open Box, Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 549 | Brand Cuvettes (Open Box Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| | 550 | Biotage HP Spheres (TO BE PICKED UP IN HOLBROOK, MA) |
| | 551 | (65) Thermo Flasks #156367 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |

| | |
|---|---|
| 552 | (5)Rainin Pipette Tips In Racks #30389191 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 553 | (2) Tongue Depressors 6" (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 554 | (Lot) Asst. Fisher Culture Tubes, Well Plates, Tips, Etc. (TO BE PICKED UP IN HOLBROOK, MA) |
| 555 | (4) Uline Single Use Cold Packs #S18252 (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 556 | (Lot) Milli Cell Filters etc. (Inspection Urged) (TO BE PICKED UP IN HOLBROOK, MA) |
| 557 | (Lot) Isoheli Asst. Swabs (New in Box) (TO BE PICKED UP IN HOLBROOK, MA) |
| 558 | (4) Thermo Centrifuge Tubes #90410 (TO BE PICKED UP IN HOLBROOK, MA) |
| 559 | (4) Costar Trans Well Supports #3412 (TO BE PICKED UP IN HOLBROOK, MA) |
| 560 | (2) Costar Trans Well Supports #3413 (TO BE PICKED UP IN HOLBROOK, MA) |
| 561 | (2) Costar Trans Well Supports #3401 (TO BE PICKED UP IN HOLBROOK, MA) |
| 562 | (4) Thermo Racked Pipettes Tips #310-05-HR (New In Box) (TO BE PICKED UP IN HOLBROOK, MA) |