

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

BAMBU VAULT LLC,
Debtor

Ch. 7
22-40324-EDK

## Proceeding Memorandum and Order

**MATTER:**
#23 Motion of Chapter 7 Trustee to Extend Deadline to assume or reject executory contracts and unexpired leases
#51 Objection filed by AP Boot Mills, LLC

**Decision set forth more fully as follows:**
Hearing held 07/29/22/

WITHDRAWN in open court.

Dated: 8/1/2022

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge