

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* BAMBU VAULT LLC, Debtor | Ch. 7 <br> 22-40324-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#40 Supplement to Application to Employ Auctioneer filed by Chapter 7 Trustee
#54 Response filed by AP Boot Mills, LLC

**Decision set forth more fully as follows:**
Hearing held 07/29/22

No further action.  See also order of even date on docket entry #30.

Dated: 8/1/2022

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge